**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| STATE OF ARIZONA; TERRY L. GODDARD, Attorney General for the State of Arizona; ARIZONA DEPARTMENT OF LAW, Civil Rights Division,<br>*Plaintiffs-Appellees*,<br><br>ANGELA AGUILAR,<br>*Intervenor-Plaintiff-Appellee*,<br><br>v.<br><br>ASARCO LLC,<br>*Defendant-Appellant*. | No. 11-17484<br><br>D.C. No.<br>4:08-cv-00441-MWB<br><br>ORDER |

Filed February 28, 2014

**ORDER**

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.